**FILED**

FEB 28 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAQUILLE M. ANDERSON,<br><br>　　　　　Defendant. | No.  2:16-cr-00047-JAM<br><br>**ORDER FOR VOLUNTARY SURRENDER** |

Defendant Shaquille M. Anderson ("Defendant"), having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on March 28, 2017. Defendant is further advised that it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence on the date indicated by this Order. All conditions of pretrial release shall remain in effect until Defendant surrenders in accordance with this Order. The Court retains jurisdiction over this matter, and will only change the date or time of voluntary surrender upon motion of either the defendant or the government and a showing of good cause.

1

1  The Clerk is directed to serve the U.S. Marshals Service a
2  copy of this Order.
3  IT IS SO ORDERED.
4  Dated: February 28, 2017

_____
John A. Mendez,
United States District Judge